625 A.2d 48

In re REAPPOINTMENT TO DISCIPLINARY BOARD.

No. 161, Disciplinary Board Appointment Dkt.

Supreme Court of Pennsylvania.

May 12, 1993.

## *ORDER*

PER CURIAM:

AND NOW, this 12th day of May, 1993, Penina K. Lieber, Esquire, Allegheny County, is reappointed as a member of the

Disciplinary Board for a term of three years commencing May 17, 1993.